**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-

TONY MCCLAM

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC
DATE FILED: MAR 2 4 2020

ORDER

17 Cr. 596-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 31, 2020 conference is adjourned to June 2, 2020 at 10:00 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge