UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TONY MCCLAM,

                                  Defendant.

------------------------------------x

17 Cr. 596-1 (GBD)

ORDER

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUN 03 2020*

GEORGE B. DANIELS, United States District Judge:

    The pretrial conference is adjourned from June 2, 2020 to August 5, 2020 at 11:00 a.m.

    A trial is scheduled for October 5, 2020 at 9:45 a.m.

Dated: New York, New York
         June 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge