**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      -against-  ORDER

TONY MCCLAM,  17 Cr. 596-1 (GBD)

                                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

      The August 6, 2020 pre-trial conference is adjourned to August 18, 2020 at 11 a.m.

Dated: New York, New York
       August 5, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge