

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2020

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 10 2020

Re: United States v. Tony McClam, 17 Cr. 596 (GBD)

Dear Judge Daniels:

A pre-trial conference is scheduled in the above-captioned case for September 17, 2020 at 11 a.m. Yesterday, September 8, 2020, the parties filed motions *in limine* in advance of trial, which is scheduled for October 5, 2020. The Government has conferred with the defense, and the parties jointly propose that opposition memoranda to the motions *in limine* be filed by 12 p.m. on Tuesday, September 15, 2020, and jointly respectfully request that the Court set that date as the deadline for such filings.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: */s/*
Brett M. Kalikow / Dominic A. Gentile
Assistant United States Attorney
(212) 637-2220 / 2567

cc: All counsel of record (via ECF)