UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TONY MCCLAM,

                  Defendant.

------------------------------------------x

ORDER

17 Crim. 596 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A status conference is scheduled for September 29, 2020 at 11:00 a.m.

Dated: New York, New York
       September 17, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

