UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

   -against-

TONY MCCLAM,

        Defendant.

------------------------------------ x

ORDER

17 Cr. 596 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 8 2020

GEORGE B. DANIELS, United States District Judge:

  The status conference currently scheduled for September 29, 2020 at 11:00 a.m. is hereby cancelled.

Dated: New York, New York
    September 28, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge