UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

TONY MCCLAM,

                  Defendant.
------------------------------------x

ORDER

17 Cr. 596 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Government's unopposed motion to quash the subpoenas, (ECF No. 151), is GRANTED. The Clerk of Court is directed to close the motion at ECF No. 151.

Dated: New York, New York
       November 16, 2020

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge